UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: DERRICK HINES, ET AL.
_____/  Case No. 18-mc-51035

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER OF DISMISSAL

Presently before the Court is Derrick Hines and Kimberly Hines' complaint against American Honda Motor Company, Inc., Ferndale Honda, and Capital One Financial Corporation. Dkt. No. 1. Mr. Hines has filed several similar complaints with this Court against other defendants. *See* Case Nos. 18-50916, 18-51037, J. Friedman (dismissed for lack of subject matter jurisdiction on July 24, 2018); Case No. 18-50917, J. Cohn; Case No. 18-50918, J. Goldsmith; Case No. 18-51036, J. Berg; Case No. 18-50915, J. Cleland.

Plaintiffs' complaint fails to state a claim for relief. The proposed complaint does not meet the pleading requirements of Fed. R. Civ. P. 8. Nor does the complaint clearly state this Court's subject matter jurisdiction over the matter pursuant to Fed. R. Civ. P. 12(h)(3).

1

Accordingly, IT IS HEREBY ORDERED that this matter is dismissed.

SO ORDERED.

Dated: August 8, 2018

s/Gershwin A. Drain  
HON. GERSHWIN A. DRAIN  
United States District Court Judge